MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
KATHERINE A. KNOPOFF (State Bar No. 154433)
kw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

JARLATH M. CURRAN (State Bar No. 239352)
jmc@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:  (949) 442-7118

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GREENSPAN, an individual, DEANNA GREENSPAN, an individual, <br><br>         Plaintiffs, <br><br>      vs. <br><br> NATIONSFIRST LENDING, INC., a California Corporation; COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK, N.A., a California Corporation; COUNTRYWIDE HOME LOANS, INC., a California Corporation; and DOES 1 through 50, inclusive, <br><br>         Defendants. | Case No.:  2:08-cv-06908-FMC-MANx <br><br> **JUDGMENT IN FAVOR OF COUNTRYWIDE HOME LOANS, INC.** |

The Court having granted with prejudice the Motion to Dismiss of Defendant COUNTRYWIDE HOME LOANS, INC. ("Countrywide") with respect to the claim of Plaintiffs JAMES GREENSPAN and DEANNA GREENSPAN ("Plaintiffs") for rescission based on violation of the federal Truth in Lending Act (15 U.S.C. § 1601 et seq.) and Regulation Z (12 C.F.R. § 227), and having remanded Plaintiffs' remaining claim, for violation of California's Unfair Competition Law ("UCL"), California Business and Professions Code section 17200 et seq., for the reasons stated in the Court's Order of December 1, 2008, a copy of which is attached,

IT IS HEREBY ADJUDGED, DECREED, AND ORDERED that Plaintiffs' case is dismissed.  Their claim for rescission is dismissed with prejudice, and their remaining state-law claim, for violation of the UCL, is remanded to the Los Angeles County Superior Court.  Countrywide shall recover from Plaintiffs costs of suit in the sum of $_____, and this judgment shall be entered forthwith in favor of Countrywide.

Dated:  December 10, 2008

_____
FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT