NO.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAMES GREENSPAN, et al.

      Plaintiffs-Appellees,

vs.       **REPRESENTATION STATEMENT**

NATIONS FIRST LENDING, INC., et al.

      Defendants-Appellants.

DEFENDANTS/APPELLANTS:

    Nations First Lending, Inc.
    Countrywide Document Custody Services, A Division of Treasury Bank, N.A.
    Countrywide Home Loans, Inc.

COUNSEL FOR DEFENDANTS/APPELLANTS:

    Michael J. Steiner, Esq.
    Katherine A. Knopoff, Esq.
    Severson & Werson
    A Professional Corporation
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
    Telephone: (415) 398-3344
    Facsimile: (415) 956-0439

    Jarlath M. Curran, II, Esq.
    Severson & Werson
    A Professional Corporation
    The Atrium
    19100 Von Karman Ave., Suite 700
    Irvine, CA 92612
    Telephone: (949) 442-7110
    Facsimile: (949) 442-7118

PLAINTIFFS/APPELLEES:

    James Greenspan
    Deanna Greenspan

COUNSEL FOR PLAINTIFFS/APPELLEES:

    Stephen P. Collette, Esq.
    John Haubrich, Jr., Esq.
    Collette & Haubrich
    A Professional Corporation
    811 Wilshire Blvd., Suite 1200
    Los Angeles, CA 90017


RESPECTFULLY SUBMITTED this 5th day of January, 2009.


                COLLETTE & HAUBRICH

          By: /s/ Stephen P. Collette
             Stephen P. Collette (SBN 186439)
             John Haubrich, Jr. (SBN 228341)
             Collette & Haubrich
             *A Professional Corporation*
             811 Wilshire Blvd., Suite 1200
             Los Angeles, CA 90017
             Telephone: (213) 542-8272
             Facsimile: (562) 684-4531

## PROOF OF SERVICE—(1013A)

I am over the age of 18 years and am employed at 811 Wilshire Blvd., Ste 1200, Los Angeles, CA 90017.

On January 5, 2009, I caused the foregoing document entitled:

## REPRESENTATION STATEMENT

to be served on the interested parties in this action, addressed as follows:

## SEE ATTACHED SERVICE LIST

[ **X** ]  **BY ELECTRONIC DELIVERY:** I caused a true copy of the foregoing document to be delivered to the addressee listed above via the Court's EC/ECF filing system.

[ **X** ]  **(Federal)**  I declare, under penalty of perjury, under the laws of the United States, that the above is true and correct.

Executed on January 5, 2009, at Los Angeles, California.

/s/ John Haubrich, Jr.<br>John Haubrich

## SERVICE LIST

Michael J. Steiner, Esq.
Katherine A. Knopoff, Esq.
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Jarlath M. Curran, II, Esq.
Severson & Werson
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612

Attorneys for Defendant COUNTRYWIDE HOME LOANS, INC.