**Form 6. Civil Appeals Docketing Statement** | **USCA DOCKET # (IF KNOWN)**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: | JUDGE: |
|---|---|---|
| | **DISTRICT COURT NUMBER:** | |
| | **DATE NOTICE OF APPEAL FILED:** | **IS THIS A CROSS-APPEAL?** ☐ YES |
| | **IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):** | |

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☐ **Possibility of settlement**
☐ **Likelihood that intervening precedent will control outcome of appeal**
☐ **Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)**

☐ **Any other information relevant to the inclusion of this case in the Mediation Program**

☐ **Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.**

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| ☐ FEDERAL QUESTION<br><br>☐ DIVERSITY<br><br>☐ OTHER (SPECIFY) | ☐ FINAL DECISION OF DISTRICT COURT<br><br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT / COURT DECISION<br>☐ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☐ OTHER (SPECIFY): | ☐ DAMAGES:<br>    SOUGHT $_____<br>    AWARDED $_____<br>☐ INJUNCTIONS:<br>    ☐ PRELIMINARY<br>    ☐ PERMANENT<br>    ☐ GRANTED<br>    ☐ DENIED<br><br>☐ ATTORNEY FEES:<br>    SOUGHT $_____<br>    AWARDED $_____<br>    ☐ PENDING<br><br>☐ COSTS: $_____ |

**CERTIFICATION OF COUNSEL**

**I CERTIFY THAT:**
1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED ( SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____                                          _____
Signature                                                                                          Date

**COUNSEL WHO COMPLETED THIS FORM**

NAME:

FIRM:

ADDRESS:

E-MAIL:

TELEPHONE:

FAX:

\* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL\*
\* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS\*

## PROOF OF SERVICE—(1013A)

I am over the age of 18 years and am employed at 811 Wilshire Blvd., Ste 1200, Los Angeles, CA 90017.

On January 5, 2009, I caused the foregoing document entitled:

## CIVIL APPEALS DOCKETING STATEMENT

to be served on the interested parties in this action, addressed as follows:

## SEE ATTACHED SERVICE LIST

[ **X** ]  **BY ELECTRONIC DELIVERY:** I caused a true copy of the foregoing document to be delivered to the addressee listed above via the Court's EC/ECF filing system.

[ **X** ]  (**Federal**)  I declare, under penalty of perjury, under the laws of the United States, that the above is true and correct.

Executed on January 5, 2009, at Los Angeles, California.

/s/ John Haubrich, Jr.
John Haubrich

**SERVICE LIST**

Michael J. Steiner, Esq.
Katherine A. Knopoff, Esq.
Severson & Werson
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Jarlath M. Curran, II, Esq.
Severson & Werson
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612

Attorneys for Defendant COUNTRYWIDE HOME LOANS, INC.

**CIVIL APPEALS DOCKETING STATEMENT**